IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  00-cv-02444-REB-PAC

KEVIN RUTHERFORD,

    Plaintiff,

v.

MEDICAL DEPARTMENT OF DEPARTMENT OF CORRECTIONS,
DR. CABILING,
JOHN DOE MEDICAL STAFF OF ARKANSAS VALLEY CORRECTIONAL FACILITY,
JOHN DOE MEDICAL STAFF OF FREEMONT CORRECTIONAL FACILITY, and
JOHN DOE MEDICAL STAFF OF FOUR MILE CORRECTIONAL CENTER,

    Defendants.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Unopposed Motion to Resubmit Response Brief [filed August 4, 2005] is **GRANTED.**  Plaintiff shall refile his twenty-four page response brief in Arial 12-point font.

Dated:  August 10, 2005